```
 1  LAUREL HEADLEY (CA SBN 152306)
    ARGUEDAS, CASSMAN & HEADLEY
 2  803 Hearst Avenue
    Berkeley, CA 94710
 3  Phone: 510.845.3000
    Fax: 510.845.3003
 4
    Attorney for Defendant
 5  DANIEL HERNANDEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN TORRES,<br>DANIEL HERNANEZ,<br><br>Defendants.<br>_____/ | CASE NO. CR 12–318 (CW)<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING TO JANUARY 14, 2013 |

Defendants JUAN TORRES and DANIEL HERNANDEZ are scheduled to be sentenced on January 7, 2013. Counsel for Mr. HERNANDEZ will be out of the office between Christmas and New Years and unable to timely file a sentencing memorandum on behalf of Mr. HERNANDEZ. Therefore, counsel for Mr. HERNANDEZ requests a one week continuance of the sentencing hearings for Mr. TORRES and Mr. HERNANDEZ.

Both Ned Smock, counsel for Mr. TORRES and Andrew Scoble, counsel for the government agree to this continuance and United States Probation Officer Michelle Nero is available on January 14, 2013.

Accordingly, the parties hereby stipulate that the sentencing hearing in the above-entitled matter as to both defendants TORRES and HERNANDEZ be continued

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING TO 1/14/13

from January 7, 2013 to January 14, 2013 at 2:00 p.m.

November 26, 2012             /s/
                                         LAUREL HEADLEY
                                         Attorney for Daniel Hernandez

November 26, 2012             /s/
                                         NED SMOCK
                                         Assistant Federal Public Defender
                                         Attorney for Juan Torres

November 26, 2012             /s/
                                         ANDREW SCOBLE
                                         Assistant United States Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the foregoing stipulation of the parties and for good cause appearing, |
| 3 | **IT IS HEREBY ORDERED** that the sentencing hearing as to both defendants |
| 4 | TORRES and HERNANDEZ is continued to January 14, 2013 at 2:00 p.m. |
| 5 | DATED: November 27, 2012 |
| 6 | _____<br>THE HONORABLE CLAUDIA WILKEN |
| 7 | CHIEF JUDGE<br>UNITED STATES DISTRICT COURT |